United States District Court

Eastern District of Louisiana

Schafer

v.                                    CIVIL ACTION NO. 2:00-cv-0042,J(3)

Carefirst of MD Inc

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 10, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -6 P 4: 11

LORETTA G. WHYTE
CLERK

LORI SCHAFER AND EAST LAKE HOSPITAL   *   NUMBER:

VERSUS   *   JUDGE 00-0042

CAREFIRST OF MARYLAND, INC.
D/B/A BLUE CROSS BLUE SHIELD
OF MARYLAND   *   MAGISTRATE J MAG 3

*

*  *  *  *  *  *  *

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, LAKE CHARLES DIVISION:

Petitioner, CAREFIRST OF MARYLAND, INC. D/B/A BLUE CROSS BLUE SHIELD OF MARYLAND, defendant in the above entitled action, respectfully states as follows:

1. CAREFIRST OF MARYLAND, INC. D/B/A BLUE CROSS BLUE SHIELD OF MARYLAND desires to exercise its rights under the provisions of Title 28 U.S.C. § 1441, et seq., to remove this action from the First City Court, Parish of Orleans, State of Louisiana, in which said cause is now pending under the name and style "Lori Schafer and East Lake Hospital v. Carefirst of Maryland, Inc., d/b/a Blue Cross Blue Shields of Maryland"; Docket Number 99-58896.

2. This action is removable because plaintiffs' claims arise under the laws of the United States and, as such, are within the original jurisdiction conferred on this Court pursuant to 28 U.S.C. §1331.

3. By Petition dated November 29, 1999, Plaintiffs commenced an action captioned "Lori Schafer and East Lake Hospital v. Carefirst of Maryland, Inc., d/b/a Blue

Fee 150.00
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc.No. ___

Cross Blue Shield of Maryland"; Docket Number 28,728-99, First City Court, Parish of Orleans, State of Louisiana. A copy of the Petition is attached hereto as Exhibit "A".

4. The Petition was served on the Louisiana Secretary of State on December 10, 1999, who forwarded the Petition to Defendant. Therefore, this Notice of Removal is filed timely within thirty days of the date on which defendant first received notice of the action. 28 U.S.C. § 1446(b). A copy of the Citation and transmittal letter is attached hereto as Exhibits "B" and "C", respectively.

5. Plaintiffs allege that the hospital charges which form the basis of the main demand are covered charges pursuant to a group health insurance plan created by her employer, Aerotek, Inc (hereinafter the "Plan"). This Plan is an employee benefit plan as defined and governed by ERISA (the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 101 et seq.)

6. The Plan was created to provide health and disability benefits to their employees of Aerotek, Inc. and their dependents.

7. Plaintiffs seek to recover health insurance benefits allegedly denied to them by defendant, under the health benefits portion of the Plan. (See paragraph IV of the Petition.)

8. Their claims relate to the denial of benefits under the Plan, which was created and governed under ERISA, and are thus subject to original federal jurisdiction.

9. Pursuant to 28 U.S.C. § 1446(a), venue is proper in this district because Orleans Parish is within the Eastern District of Louisiana.

WHEREFORE, CAREFIRST OF MARYLAND, INC. D/B/A BLUE CROSS BLUE SHIELD OF MARYLAND respectfully requests that this Court remove this action from the First City Court, Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

_____
JOHN E. W. BAAY, II (#22928)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
4040 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
COUNSEL FOR CAREFIRST OF
MARYLAND, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon counsel of record for plaintiff, Paul A. Lea, Jr., at 321 N. Florida Street, Covington, Louisiana and filed with the Clerk at First City Court, Parish of Orleans, State of Louisiana, in which the state civil action was original filed, in conformity with 28 U.S.C., § 1446 (d), as amended, by depositing same in the United States mail, properly addressed and postage prepaid, this 6th day of January, 2000

_____
JOHN E. W. BAAY II