

**MINUTE ENTRY**
**AFRICK, M.J.**
**July 5, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORI SCHAFER, ET AL                              CIVIL ACTION NO. 00-0042

versus                                           SECTION: "J" (3)

CAREFIRST OF MARYLAND, INC.


A settlement conference is scheduled in the above-captioned case on July 25, 2000, at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before July 18, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

DATE OF ENTRY
JUL - 6 2000

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

Fee_____
Process___
X/Dktd____
CtRmDep___
Doc.No.  6