**MINUTE ENTRY**
**AFRICK, M.J.**
**July 25, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LORI SCHAFER, ET AL**                           **CIVIL ACTION NO. 00-0042**

**versus**                                        **SECTION: "J" (3)**

**CAREFIRST OF MARYLAND, INC.**

At the request of counsel, the settlement conference scheduled in the above-captioned case on July 25, 2000, **IS HEREBY RESET AT 2:00 P.M., ON AUGUST 16, 2000,** in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before August 9, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.**

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JUL 2 6 2000