

MINUTE ENTRY
JUDGE BARBIER
AUGUST 4, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCHAFER, ET AL                                        CIVIL ACTION

VERSUS                                                NUMBER: 00-0042

CAREFIRST OF MD INC.                                  SECTION: J


The non-jury trial presently set in this matter for Monday, October 16, 2000 is HEREBY CONTINUED to Tuesday, October 17, 2000, at 8 a.m. before Judge Carl J. Barbier, Courtroom C-316.

DATE OF ENTRY
AUG 4 2000