```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 AUG 17  AM 11: 19
                                 2000 AUG 17
                              LORETTA G. WHYTE
                                   CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**August 16, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORI SCHAFER, ET AL** | CIVIL ACTION NO. 00-0042 |
| versus | SECTION: "J" (3) |
| **CAREFIRST OF MARYLAND, INC.** | |

A settlement conference was held on this date with all counsel participating. Negotiations are ongoing. Counsel will notify this Court on or before August 17, 2000, as to the status of settlement negotiations.

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
AUG 17 2000

Fee_____
Process___
X Dktd____
__CtRmDep_
Doc.No. 12