

**MINUTE ENTRY**
**AFRICK, M.J.**
**August 22, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORI SCHAFER, ET AL | CIVIL ACTION NO. 00-0042 |
| versus | SECTION: "J" (3) |
| CAREFIRST OF MARYLAND, INC. | |

This Court has been frustrated in its attempt to obtain settlement authority from the defendant. A representative of Areotek, with full authority, **IS ORDERED** to appear in the undersigned U.S. Magistrate Judge's chambers on August 25, 2000, at 8:00 A.M., in order to further discuss the settlement of this case.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

---

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
AUG 2 3 2000