

**MINUTE ENTRY**
**AFRICK, M.J.**
**August 25, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LORI SCHAFER, ET AL**              CIVIL ACTION NO. 00-0042

versus                                SECTION: "J" (3)

**CAREFIRST OF MARYLAND, INC.**


Following discussions, the parties have settled the above-captioned case. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

DATE OF ENTRY
AUG 2 5 2000

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL