

**MINUTE ENTRY**
**AFRICK, M.J.**
**August 24, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORI SCHAFER, ET AL** | **CIVIL ACTION NO. 00-0042** |
| versus | SECTION: "J" (3) |
| **CAREFIRST OF MARYLAND, INC.** | |

     **IT IS HEREBY ORDERED** that the settlement conference scheduled in the above-captioned case on August 25, 2000, is hereby **CANCELLED**.

```
                              _____
                              LANCE M. AFRICK
                              UNITED STATES MAGISTRATE JUDGE
```

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
AUG 2 5 2000