UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORI SCHAFER AND EAST LAKE HOSPITAL | * | NUMBER: 00-0042 |
| VERSUS | * | JUDGE: "J" |
| CAREFIRST OF MARYLAND, INC. D/B/A BLUE CROSS BLUE SHIELD OF MARYLAND | * | MAGISTRATE 3 |

* * * * * * *

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Lori Schaefer and East Lake Hospital, and aver that all claims and causes of action against Defendant, Carefirst of Maryland, Inc. d/b/a Blue Cross Blue Shield of Maryland, have been compromised and settled, and move that all of Plaintiffs' claims in the above captioned matter be dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

_____
Paul A. Lea, Jr. Esq. (#18637)
321 N. Florida Street
Covington, Louisiana 70433
ATTORNEY for LORI SCHAEFER AND EAST LAKE HOSPITAL

DATE OF ENTRY
OCT 1 2 2000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 3 day of OCT, 2000.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORI SCHAFER AND EAST LAKE HOSPITAL | * | NUMBER: 00-0042 |
| VERSUS | * | JUDGE: "J" |
| CAREFIRST OF MARYLAND, INC. D/B/A BLUE CROSS BLUE SHIELD OF MARYLAND | * | MAGISTRATE 3 |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss:

**IT IS HEREBY ORDERED** that all claims and causes of action of Plaintiffs, Lori Schaefer and East Lake Hospital, against Defendant, Carefirst of Maryland, Inc. d/b/a Blue Cross Blue Shield of Maryland, are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___10th___ day of ___October___, 2000.

_____
UNITED STATES DISTRICT JUDGE